STEVEN G. KALAR
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALAN DAVIS,<br><br>　　　　　Defendant. | No. CR-12-271 CW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RESETTING SENTENCING**<br>**DATE** |

Sentencing in this matter is currently set for March 4, 2013. The parties request that sentencing be reset for March 18, 2013 at 2:00 p.m. Last week the defense received copies of several hundred pages of records from the defendant's juvenile and family court files. A defense investigator traveled to Southern California to obtain these records, but the court took additional time to copy the records and send them. The defense needs additional time to review these records and synthesize them so that they can be included in the presentence investigation report and in the defendant's sentencing materials. The assigned probation officer will be available on March 18, 2013.

//

//

Stip to Continue, 12-271 CW　　　　　　　　　　1

Dated: February 14, 2013

/s/ Ned Smock
NED SMOCK
Assistant Federal Public Defender

Dated: February 14, 2013

/s/ Natalie Lee
NATALIE LEE
Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the March 4, 2013, sentencing date is reset for March 18, 2013 at 2:00 p.m.

Dated: February 19, 2013

HONORABLE CLAUDIA WILKEN
United States District Judge